UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-87 |
| ANTHONY PITTMAN<br>JOSEPH WOODS | SECTION: "E" |

RE-NOTICE OF PRETRIAL CONFERENCE AND JURY TRIAL

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been reset for **Jury Trial** on **May 9, 2022,** at **9:00 a.m.,** before Judge Susie Morgan, 500 Poydras St., New Orleans, LA. A **Pre-Trial Conference** will be held on **April 20, 2022,** at **10:00 a.m.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: January 21, 2022         CAROL L. MICHEL, CLERK

                              by: Brad Newell, Deputy Clerk

TO:

Anthony Pittman (**DETAINED**)              AUSA: Charles D. Strauss, T.A.

**COUNSEL FOR ANTHONY PITTMAN:**         U.S. Marshal
John R. Guenard, CJA
                                        U.S. Probation & Pre-Trial Services Unit
Joseph Woods (**DETAINED**)
                                        ATF: Ryan Krummel, SA
**COUNSEL FOR JOSEPH WOODS:**            atfnocourtnotices@atf.gov
Royal J. Mitchell, Jr., CJA

                                        Interpreter: **NONE**

                                        **If you change address,
                                        notify clerk of court
                                        by phone, 504-589-7714**